**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: PAULO LAPA        JOINT DEBTOR: KARINA LAPA        CASE NO.: 11-15511-JKO
Last Four Digits of SS# 2348      Last Four Digits of SS# 7392

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 113.36 for months __1__ to __60__;
- B. $_____ for months \_\_\_\_\_ to \_\_\_\_\_;
- C. $_____ for months \_\_\_\_\_ to \_\_\_\_\_; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $ 3,500.00    TOTAL PAID $ 2,000.00
Balance Due $ 1,500.00    payable $ 75.00 /month  (Months __1__ to __20__)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____ Arrearage on Petition Date  $_____
Address: _____ Arrears Payment   $\_\_\_\_\_ /month (Months __ to __)
_____ Regular Payment   $\_\_\_\_\_ /month (Months __ to __)
Account No: _____

2. _____ Arrearage on Petition Date $_____
Address: _____ Arrears Payment   $\_\_\_\_\_ /month (Months __ to __)
_____ Regular Payment   $\_\_\_\_\_ /month (Months __ to __)
Account No: _____

3. _____ Arrearage on Petition Date $_____
Address: _____ Arrears Payment   $\_\_\_\_\_ /month (Months __ to __)
_____ Regular Payment   $\_\_\_\_\_ /month (Months __ to __)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -WILSHIRE CORP.<br>-ACCT #: XXX1391<br>-PROPERTY ADDRESS: 12683 SW 8 CT., FT LAUDERDALE, FL 33325<br>-LEGAL DESCRIPTION: ARBORETUM AT DAVIE 147-2 B PT OF TRACT A DESC'D AS, BEG AT NW COR OF TR A, ELY 87.87, SLY 122, WLY 87.99, NLY 127 TO POB AKA: LOT 33 "ARBORETUM AT DAVIE" UNREC | $ 0.00 | 0.00 % | $ 0.00 | \_\_\_ to \_\_\_ | $ 0.00 |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. N/A _____  Total Due  $_____
  Payable $_____ /month (Months \_\_\_\_ to \_\_\_\_) Regular Payment $_____
2. _____  Total Due  $_____
  Payable $_____ /month (Months \_\_\_\_ to \_\_\_\_) Regular Payment $_____

<u>Unsecured Creditors</u>:   Pay $ 27.02 /month (months __1__ to __20__) Pay $ 102.02 /month (months __21__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____   _____
Debtor                                    Joint Debtor
Date: _____      Date: _____

LF-31 (rev. 01/08/10)